UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL HAWKINS,

*Defendant.*

[~~PROPOSED~~]
**ORDER**

**20 Cr. 176 (LAK)**

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on November 24, 2020;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. *The Clerk shall terminate Dkt 41.*

**SO ORDERED:**

Dated: New York, New York
~~November~~ Dec. 9, 2020

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK