UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

vs.                                                          20 CR 176-02 (LAK)

Michael Hawkins (02),
                              Defendant.

------------------------------x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

      The Court having today sentenced this defendant to timer served,

      IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant Michael Hawkins, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: 3/4/2021

_____
Lewis A. Kaplan
United States District Judge